IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| S.S.,<br><br>     Plaintiff,<br><br>v.<br><br>AETNA LIFE INSURANCE COMPANY,<br><br>     Defendant. | Civil Action No. 2:18-cv-402 |

# FINAL JUDGMENT

Pursuant to the parties' Joint Stipulation of Dismissal with Prejudice (Docket No. 35), the Court hereby enters Final Judgment. Accordingly, it is

**ORDERED** that above-captioned cause is **DISMISSED WITH PREJUDICE**.

All motions by either party not previously ruled on are hereby **DENIED AS MOOT**.

The Clerk of the Court is directed to close this case.

It is so **ORDERED**.

**SIGNED** this 30th day of August, 2019.

*Robert W Schroeder*
ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE